(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) __Michael Lee Rose_____
(Name of Plaintiff)        (Inmate Number)

__Delaware Correctional Center__
(Complete Address with zip code) __Smyrna Del__
__19977__

(2) _____
(Name of Plaintiff)        (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

Case Number: __06 - 370__
(to be assigned by U.S. District Court)

vs.

(1) __Stan Taloh, D.O.C. Commissioner__
(2) __First Correctional Medical__
(3) __Correctional Medical Services__
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

CIVIL COMPLAINT

• • Jury Trial Requested __Yes__

FILED
JUN – 5 2006
DISTRICT OF DELAWARE

I.  PREVIOUS LAWSUITS

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned.

__None__

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • •(Yes) • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • •(Yes) • •No

C. If your answer to "B" is Yes:

1. What steps did you take? I Filed more than one Grievance. But no Answer, I Call So for Medical Help for my Hepatitis C

2. What was the result? I was refused medical help Sence 2001 now Dr. Niaz Told me I had 6 months to one year to live. I was also told by the Grievance Bord I was a waste of Tax Payers money

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: STan Talon
Employed as DOC Commissioner at Delware Correctional Center
Mailing address with zip code: 1181 Paddock Road
Smyrna Del - 199-77

(2) Name of second defendant: First ~~Medical~~ Correctional Medical
Employed as Medical Health provider at Ganden Hill & Del. Correctional Center
Mailing address with zip code: 1181 Paddock Road
Smyrna Del. 19977

(3) Name of third defendant: Correctional Medical Services
Employed as Medical provider at Del Correctional Center
Mailing address with zip code: 1181 Paddock Road
Smyrna Del - 19977

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

Frist Correctional medical, was in charge, when I came to Jail. I was later put in the Hole. I don't know why I was there. The nurse in charge, sent me to the hospital. He stated I would have died in 24 hours. I found out my liver had shot down. I ask every Dr. in Frist Medical to give me medical help for Hepatitis C. They Refused 11/16/01 is when I went to Jail in Ganden Hill

I came to D.C.C. 2004 Refused medical Treatment now I have 6 months to 1 year. Refused By Dr Niaz correctional medical Services.

Dr Niaz - Defendant
   1181 paddlock Road
   smyrna Del - 19977

Dr. ALie - Defendant
   1181 Paddlock Road
   smyrna Del  19977

Warden Thomas Carroll - Defendant
   1181 Padlock Road
   Smyrna Del   19977

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. I was locked up in nov. 2001 I let Frist ~~Medical~~ Correctional medical know I had Hepatitis C and need meical help. They refused. while at Ganden Hill I was put in the Hole, than later taken to the hospital

2. I liven shut down. The nurse in charge send me to the hospital, he stated I would have Died in 24 Hours. I spent 3 days came Back, Never to hecewe any help I needed. I came to DCC. 2004 I ask eveny Dr. there for

3. Help. I was refused. Later I all most Died there. Dr. Niaz told me I had 6 months to I year to live. I was told by the Grievance Board. I was a waste of Tax Payers money Being Refused Treatment led to Cirthosis of the liver

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. If I had heceived Medical help I would have lived a lot longer. 5 years ago. if they had theated me. my family would not be going through these extheme hand ships. I all ready suffer from Post Dramanic Stress

3

2. from Viet Nam, I was awarhed 2 purple Hearts the Gold Star, Cross of Galentry, I was 18 serving my Country now I got sick and to be refused medical Tretment & be told I am a wast of Tax payers money.

3. I am asking for Punitive and Monetar Damages. I feel the Constitution Band on Cruel and Unusal punishment has be Violated, and no one be refused medical treatment that needs it and Ones life Not Looked upon as being usless or as a wast of Tax payers money

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __30__ day of __May__, 2_006_.

_Michael Lee Rose_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



I/M Michael Rose
SBI# 00158890 UNIT D-E-NEAR-25
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk
U.S. District Court
Lock box 18
844 N. King Street
Wilm Del 19801