Judge J.J.F.
Case name - Rose-v-Tajor et al
Case-number- 1:06 CV-370 JJF

Sir

Here are the additional copyies of my complaint. I hope the Court will have the copyies served on the named Defendants

I hope I can submit declartion at a later Date.

I was hoping I could ask the Court to appoint me a lawyer. Due to my condition I was not given a long time to live. Due to Medical Treatment refused, willing and knowingly. and still being refused.

Respectfully
Mr. Michael Rose

FILED
JUN 26 2006





I/M Michael Rose
SBI# 097000   UNIT D-E-F-25
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King St Lockbox 18
Wilm Del 19801-3570