IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Michael Lee Rose,                    )
                                     )
            Plaintiff,               )
                                     )
        v.                           )    Civil Action No. 06-370-JJF
                                     )
D.O.C. Commissioner Stan             )
Taylor, First Correctional           )
Medical, Correctional Medical        )
Services,                            )
                                     )
            Defendants.              )



### AUTHORIZATION

I,  Michael Lee Rose, SBI #097880, request and authorize

the agency holding me in custody to disburse to the Clerk of the

Court the initial partial filing fee of $12.50 and the subsequent

payments pursuant to 28 U.S.C. § 1915(b) and required by the

Court's order dated ___June 19_____, 2006.

This authorization is furnished to the Clerk of Court in

connection with the filing of a civil action, and I understand

that the filing fee for the complaint is $350.00.  I also

understand that the entire filing fee may be deducted from my

trust account regardless of the outcome of my civil action.  This

authorization shall apply to any other agency into whose custody

I may be transferred.

Date: __6/25/06_____, 2006.

                                    _____
                                    Signature of Plaintiff



UNITED STATES POST
02 1A
0004608975
MAILED FRO

I/M Michael Rose

SBI# 041880 UNIT DE- 12-25

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

US District Court

844 N. King Street Lockbox 18

Wilm Del - 19801-3570

Office of the Clerk

