06370

To The Honorable Judge Joseph. J. Farnan Jr.

i am sending a few letters, where I have thyed To
To get a lawyer. But later was told the case
was to complicated. Sir this why I ask for
appointment of Counsel. Sir I do not know much
about Law. But I do know when when I was
refused medical Help. and feel my Civil Right
have been Violated. I hope this will help
the Count deside if I can be appointed
counsel.

I wish to have this as anoteh report
all so. This is a small amount of Grievances
I have filed. How even a lot has been taken
lost oh ~~destroyed~~ Disregarded.

Respectfully
Michael Rose

To
(JJF)



FILED

JUN 28 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RO scanned

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

Michael Rose — Name (Print)

D-W-C-2M — Housing Location

2/8/50 — Date of Birth

097880 — SBI Number

6/14/04 — Date Submitted

Complaint (What type of problem are you having)? I have been scheduled to see the Heart Doctor. Now ever thes oppments have not and are not being keep. By this Medical Staff. This is a Very Serious matter

Michael Rose — Inmate Signature

6/14/05 — Date

**The below area is for medical use only.  Please do not write any further.**

S:

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

A:

P:   Refered to Gina  LeaNN          6/n/or

E:

case 1:06 C-V- 370
(JJF)

Provider Signature & Title          Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

Michael Rose
Name (Print)

D-W-C-27
Housing Location

2/8/50
Date of Birth

047880
SBI Number

9/15/05
Date Submitted

Complaint (What type of problem are you having)? On the tenth I ate something. 3 Hours later I was cramped so bad I Could not get out the Bed Sunday, I am so weak I can hardley walk around, + I have had and still do have Diarrhea.

Michael Rose
Inmate Signature

9/15/05
Date

**The below area is for medical use only. Please do not write any further.**

S:  Scheduled                                                    scwhn

O:    Temp:_____    Pulse: _____    Resp: _____    B/P: _____    WT: _____

(Chart not available)

A:

P:    I Had to Refuse to Leave The Medical area, Before I could get any help. My Liver + my Kidneys had shutdown.

case 106-cv-370
(JJF)

E:

Provider Signature & Title

SEP 16 2005
Date & Time

3/1/99 DE01

FORM#:

MED
263

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 06/01/2006

## GRIEVANCE INFORMATION - Appeal

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : ROSE, MICHAEL L | SBI# : 00097880 | Institution : DCC |
| Grievance # : 24075 | Grievance Date : 02/27/2006 | Category : Individual |
| Status : Unresolved | Resolution Status : | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 02/27/2006 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg D-EAST, Tier F, Cell 25, Bottom | |

### APPEAL REQUEST

Inmate states: I filed a grievance against Dr. Niaz, he stated they found something on my left lung. I asked him what was he going to do about it. He stated nothing, I was too far gone. He gave me 6 months to one year to live. Resulting from being refused treatment for my liver starting in 2001. I went again. I stated my case to the grievance board. I was referred again to Dr. Niaz. I was told I was a waste of tax payers money. I am a Viet Nam Vet. I have 2 purple hearts, the Gold Star, Vietnamese Cross of Gallantry + 4 more medals. to be told I am a waste of tax payers money because I need medical treatment. I find this as knowingly, willfully and maliciously being denied medical treatment. I have made copies of this so I can turn them over to my lawyer.

### REMEDY REQUEST

3    *Tatka*    Happened 8/17/05

case -1,06-C-V-370 (JJF)

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 03/02/2006

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : ROSE, MICHAEL L | **SBI#** : 00097880 | **Institution** : DCC |
| **Grievance #** : 24075 | **Grievance Date** : 02/27/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type**: Health Issue (Medical) | **Incident Date** : 02/27/2006 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg D-EAST, Tier F, Cell 25, Bottom | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: A large spot was found on my left lung. Dr. Niaz stated they found something on my left lung. I asked him what was going to be done about it. He stated, nothing, that I was too far gone. He gave me only 6 months to 1 year to live on account of my liver. Resulting from being refused medical treatment starting in 2001.

**Remedy Requested** : They need to find out what is wrong with my lung.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

## ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES

**Date Received by Medical Unit :** 03/02/2006

**Investigation Sent :** 03/02/2006

**Investigation Sent To** : Rodweller, Deborah

**Grievance Amount :**

2

*case 1:06-c-v-370 (JJF)*

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 03/02/2006

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

Offender Name : ROSE, MICHAEL L

SBI# : 00097880

Institution : DCC

Grievance # : 24075

Grievance Date : 02/27/2006

Category : Individual

Status : Unresolved

Resolution Status:

Inmate Status :

Grievance Type: Health Issue (Medical)

Incident Date : 02/27/2006

Incident Time :

IGC : Merson, Lise M

Housing Location :Bldg D-EAST, Tier F, Cell 25, Bottom

### INFORMAL RESOLUTION

Investigator Name : Rodweller, Deborah

Date of Report  03/02/2006

Investigation Report :

Reason for Referring:

1

*Case06-CV370
(JJP)*

Offender's Signature:_____  _____

Date                    :_____

Witness (Officer)    :_____  _____