**GRADY & HAMPTON, LLC**
6 NORTH BRADFORD STREET
DOVER, DELAWARE 19904

JOHN S. GRADY
STEPHEN A. HAMPTON
LAURA F. BROWNING

DOVER    (302) 678-1265
SUSSEX   (302) 855-1313
FAX      (302) 678-3544

February 21, 2006



06-370 (JJF)

COPY

Sandra Rose
14554 Figi Court
Stanfield, NC 28163

Dear Ms. Rose:

I am returning all the materials that I have on Michael Rose.

Sincerely yours,

Stephen A. Hampton

SAH:rlm
Enclosures

Cc:    Michael Rose



FILED
JUN 3 0 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

**GRADY & HAMPTON, LLC**
6 NORTH BRADFORD STREET
DOVER, DELAWARE 19904

JOHN S. GRADY
STEPHEN A. HAMPTON
LAURA F. BROWNING

DOVER    (302) 678-1265
SUSSEX   (302) 855-1313
FAX      (302) 678-3544

February 6, 2006

Michael Rose
SBI# 097880
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

06-370 (JJF)

Dear Mr. Rose:

    I am not able to help you with your case. It is complicated and I do not have time to investigate it.

    If you want me to return your materials to you or your sister, please let me know.

Sincerely yours,

Stephen A. Hampton

SAH:slh
CC: Sandra Rosen



FILED
JUN 3 0 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

# GRADY & HAMPTON, LLC
6 NORTH BRADFORD STREET
DOVER, DELAWARE 19904

JOHN S. GRADY
STEPHEN A. HAMPTON
LAURA F. BROWNING

DOVER    (302) 678-1265
SUSSEX   (302) 855-1313
FAX      (302) 678-3544

January 11, 2006

Michael Rose
SBI# 097880
1181 Paddock Road
Smyrna, DE 19977

06-370 (JJF)

Dear Mr. Rose:

    I am interested in your case but I need to know some more information. If you will sign the medical authorizations I have sent you and also complete the form I have sent you it will help me better evaluate your case. I await your response.

                        Sincerely yours,

                        Stephen A. Hampton

SAH:rlm
Enclosures

Cc:    Sandra Rose



FILED
JUN 29 2006



BD scanned

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 05/24/2006

06-370 CJJF

# GRIEVANCE REPORT

Inmate Copy

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : ROSE, MICHAEL L | SBI# : 00097880 | Institution : DCC |
| Grievance # : 24075 | Grievance Date : 02/27/2006 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 02/27/2006 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg D-EAST, Tier F, Cell 25, Bottom | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: A large spot was found on my left lung. Dr. Niaz stated they found something on my left lung. I asked him what was going to be done about it. He stated, nothing, that I was too far gone. He gave me only 6 months to 1 year to live on account of my liver. Resulting from being refused medical treatment starting in 2001.

**Remedy Requested** : They need to find out what is wrong with my lung.

*I Had another Hearing I was told I was a wost of Taxpayer money*

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 03/02/2006 |
| Investigation Sent : 03/02/2006 | Investigation Sent To : Rodweller, Deborah |
| Grievance Amount : | |

*Because I need medical Help*

Inmate Copy



FILED
JUN 3 0 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

DCC  Delaware Correctional Center  
Smyrna Landing Road  
SMYRNA DE, 19977  
Phone No. 302-653-9261

Date: 05/24/2006

# INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : ROSE, MICHAEL L | **SBI#** : 00097880 | **Institution** : DCC |
| **Grievance #** : 24075 | **Grievance Date** : 02/27/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 02/27/2006 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier F, Cell 25, Bottom | |

### INFORMAL RESOLUTION

**Investigator Name** : Rodweller, Deborah          **Date of Report** 03/02/2006

**Investigation Report :** schedule inmate with DR line to discuss prognosis, next level

**Reason for Referring:**

Offender's Signature: _____

Date            : _____

Witness (Officer)  : _____

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 05/24/2006

# GRIEVANCE INFORMATION - IGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : ROSE, MICHAEL L | **SBI#** : 00097880 | **Institution** : DCC |
| **Grievance #** : 24075 | **Grievance Date** : 02/27/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 02/27/2006 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg D-EAST, Tier F, Cell 25, Bottom | |

### IGC

**Medical Provider:**          **Date Assigned**

**Comments:**

[x] Forward to MGC        [ ] Warden Notified

[ ] Forward to RGC        Date Forwarded to RGC/MGC : 03/27/2006

[x] Offender Signature Captured   Date Offender Signed

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 05/24/2006

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** ROSE, MICHAEL L | **SBI# :** 00097880 | **Institution :** DCC |
| **Grievance # :** 24075 | **Grievance Date :** 02/27/2006 | **Category :** Individual |
| **Status :** Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date :** 02/27/2006 | **Incident Time :** |
| **IGC :** Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier F, Cell 25, Bottom | |

### MGC

**Date Received :** 03/27/2006      **Date of Recommendation:** 05/24/2006

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Staff | | Eller, Gail | Uphold |
| Staff | | Gordon, Oshenka | Uphold |
| Staff | | Merson, Lise M | Abstain |

### VOTE COUNT

| Uphold : 2 | Deny : 0 | Abstain : 1 |
|---|---|---|

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Hearing held 5/23/2006: Debbie Gingench - uphold (not in DACS)
To be scheduled to see Dr. Niaz for questionable mass in (L) lower lobe lung and other diagnosis.

FORM #584

GRIEVANCE FORM

Timely Submission
06-370 (JJF)
3497

**FACILITY:** Sanders Pice  **DATE:** 9/8/202

**GRIEVANT'S NAME:** Michael Rose  **SBI#:** 097880

**CASE#:** ~~[scribbled out]~~  **TIME OF INCIDENT:** 8/18/202

**HOUSING UNIT:** 1-A-17

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

I am placing this against Lt. Sheets on the 17/a + the 18 of Sept. I was taken from 2-E- and placed in the hole with no paper work by Lt Sheets. I was checked by a phy I was taken to the hospital and told I would have died in 27 hours if he had not checked Lt Sheets. Last all of my clothes that I had bought, and my shoes I have no shoes now.

**ACTION REQUESTED BY GRIEVANT:** I want all the new clothes I bought from the Comasery, and my shoes I bought in W.916. all my case paper all of my legal papers were lost. This CO need to be more careful when he takes something so you can get it back. and make sure some one is not sick before going to the hole.

**GRIEVANT'S SIGNATURE:** Michael Rose  **DATE:** 9/8/202

WAS AN INFORMAL RESOLUTION ACCEPTED?   _____(YES)   _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____  DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

FILED JUN 30 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

BD scanned

April '97 REV

MPCJF RECEIVED OCT 9 2002 GRIEVANCE HEARING

Went out 10-17-02