OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 8, 2006

TO: Michael Lee Rose
SBI#: 097880
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RE: U.S. Marshal 285 Forms Civil No. 06-370 JJF

Dear Mr. Rose:

Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced case.

Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rpg

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan Jr.; ✓
U.S. Marshal
Pro Se Law Clerk