In the United States District Court
For the State of Delaware

Michael Lee Rose

v

Frist Correctional Medical
Correctional Medical Services
Dr. Niaz

PLAINITFF'S
FIRST REQUEST
FOR PRODUCTION
of DOCUMENTS

Civil Action No. 06-370 JJF

FILED
2006 SEP -7 PM 2:10
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
80 scanned

Pursuant to Rule 34 of The Federal Rules
of Civil Procedure, Plaintiff requests that
Defendants Frist Correctional Medical,
Correctional Medical Services - Dr. Niaz
to produce for inspection and copying the
following documents.

1. any and all Medical Records of Plaintiff
from the time of his incarceration in
Delaware Correctional Center through
and including the date of your response
to this request.
2. any and all rules, regulations, and policies
of the Delaware Correctional Center about
Treatment of prisoners with diabetes and
Hypatitics C + Cirrhosis of the liver
9/4/06.                    Michael L Rose



WILMINGTON DE 197

06 SEP 2006 PM 2 T

IM Michael Lee Rose

SBI# 097880   UNIT DE-I-2-25

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Office of The Clerk
United State District Court
844 N. King St. Lockbox 18
Wilm, Del
                    19801- 3570