11:05 pm

9/11/06

IN The UNITED STATES
DISTRICT COURT for The STATE OF DELAWARE

Michael Lee Rose
Plaintiff



MOTION FOR
APPOINTMENT of
COUNSEL

Scanned- B2  9/13/06

~~First Medical~~
First Correctional Medical
Correctional Medical Services
Dr. Niaz
Medical Penviders

CIVIL Action No
06-370-JJF

Pursuant to 28 U.S.C. § 1915 moves for an order appointing counsel to represent him in this case. In support of this motion plaintiff states
1. Plaintiff is unable to afford counsel
2. Plaintiff's imprison will greatly limit his ability to litigate. The issues involved in this case are complex and will require significant research and investigation. Plaintiff has limited knowledge of the Law.
3. A trial in this case will likely involve conflicting testimony. Counsel would better enable plaintiff to present and cross examine witnesses.
4. all Plaintiff ask is to have a Level Playing field. Montgomery v Pinchak 294 F3d 492 (3rd Cir 2002)
Michael Lee Rose

Michael Lee Rose

I/M Michael Lee Rose
SBI# 091880   UNIT D-E-F-25
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
12 SEP 2006 PM 1 L

U.S District Court
District of Delaware
844 N. King Street, Lockbox 18
Wilm, Del. 19801-
3570