IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MICHAEL LEE ROSE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-370-JJF |
| ) | |
| **D.O.C. COMMISSIONER STAN TAYLOR,** ) | |
| First Correctional Medical, Correctional ) | |
| Medical Services, ) | TRIAL BY JURY DEMANDED |
| ) | |
| **Defendants.** ) | |

## ENTRY OF APPEARANCE

TO:   CLERK OF THE COURT

Kindly enter the appearance of Kevin J. Connors, Esquire along with Lorenza A. Wolhar, Esquire on behalf of defendant, CORRECTIONAL MEDICAL SERVICES, INC., in the above-captioned matter.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: */s/ Kevin J.Connors*
KEVIN J. CONNORS, ESQ. (I.D. #2135)
LORENZA A. WOLHAR, ESQ. (I.D. #3971)
DE Bar ID: 2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendant, CORRECTIONAL MEDICAL SERVICES, INC.

Date: October 4, 2006
\15_A\LIAB\KJCONNORS\LLPG\381461\VLLUCAS\13252\15000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MICHAEL LEE ROSE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-370-JJF |
| ) | |
| **D.O.C. COMMISSIONER STAN TAYLOR,** ) | |
| First Correctional Medical, Correctional ) | |
| Medical Services, ) | TRIAL BY JURY DEMANDED |
| ) | |
| **Defendants.** ) | |

I, KEVIN J. CONNORS, hereby certify an that Entry of Appearance on behalf of defendant, CORRECTIONAL MEDICAL SERVICES, INC., has been served on October 4, 2006 via electronic filing upon all counsel of record and via U.S. Mail upon plaintiff.

        MARSHALL, DENNEHEY, WARNER,
        COLEMAN & GOGGIN

        BY: */s/ Kevin J.Connors*
        KEVIN J. CONNORS, ESQ.
        LORENZA A. WOLHAR, ESQ.
        DE Bar ID: 2135
        1220 North Market Street, 5th Fl.
        P.O. Box 8888
        Wilmington, DE 19899-8888
        Attorney for Defendant, CORRECTIONAL MEDICAL SERVICES, INC.

Date: October 4, 2006