**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **MICHAEL LEE ROSE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-370-JJF** |
| | ) | |
| **D.O.C. COMMISSIONER STAN TAYLOR,** | ) | |
| **First Correctional Medical, Correctional** | ) | |
| **Medical Services, Dr. Niaz** | ) | **TRIAL BY JURY** |
| | ) | **OF TWELVE DEMANDED** |
| **Defendants.** | ) | |
| | ) | |

## LIMITED ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

PLEASE ENTER THE APPEARANCE of Lorenza A. Wolhar, Esquire, of Marshall,

Dennehey, Warner, Coleman & Goggin, on behalf of the Defendant, Muhammed Niaz, M.D.

This Limited Entry of Appearance shall not be considered to be a waiver of any jurisdictional

defects in service upon the Defendant, Muhammed Niaz, M.D..  Defendant, Muhammed Niaz,

M.D. specifically reserves all rights to raise jurisdictional, service, or statute of limitations

defects, which may be available.

> MARSHALL, DENNEHEY, WARNER,
> COLEMAN & GOGGIN
>
> BY:    */s/ Lorenza Wolhar*
> LORENZA A. WOLHAR, ESQUIRE (DE I.D. #3971)
> 1220 North Market Street, 5th Fl.
> P.O. Box 8888
> Wilmington, DE 19899-8888
> (302) 552-4300
> Attorneys for Defendant, Muhammed A. Niaz, M.D.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MICHAEL LEE ROSE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-370-JJF |
| | ) | |
| **D.O.C. COMMISSIONER STAN TAYLOR,** | ) | |
| **First Correctional Medical, Correctional** | ) | |
| **Medical Services, Dr. Niaz** | ) | **TRIAL BY JURY** |
| | ) | **OF TWELVE DEMANDED** |
| **Defendants.** | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2006, I electronically filed the Entry of Appearance with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

I hereby certify that on November 3, 2006, I have mailed by United States Postal Service, the Entry of Appearance to the following non-registered participant:

Michael Lee Rose
SBI# 097880
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY:     */s/ Lorenza Wolhar*
LORENZA A. WOLHAR, ESQUIRE (DE I.D. #3971)
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
(302) 552-4300
Attorneys for Defendant, Muhammed A. Niaz, M.D.