IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF DELAWARE

Michael Rose
          Civil Action
  Plaintiff   No. 06-370-JJF
 V
First Correctional Medical
Correctional Medical Services
Dr. Niaz
   Defendants

A Request by Plantiff to Have
Defendants Motion To Dismiss, Be
Denied for The Following Reasons

① This Is Not a Isolated Incident!

A. I hope To prove a long standing practice of prison abuse and Refuseal to treat Serious medical condications.

B. Attached To This Memorandum, The Court will find 3 Affidavits of Different Individuals with the Same Desease, With the Same out Come. There are more Affidavits upon request from the Court.

② I feel we should not lose our Fundamental Values, Democracy, Fairness, and Every ones right to Exist.

Page 2.

B. Denying and Failure to give medical care, is actually producing, physical, Torture and a lingering Death, causing Deliberate Indifference.
Re Kemmler C 136 US, 436, 10 S.ct 930 34 L. Ed. 519.

⑥ 1. Did state C.M.S! Doctors. along with CMS. knew of my Serious Medical needs. CMS. was incharge of Medical from July 1. 2000 until June 30. 2002. Then again in 2005. They had two chances to help me but choose Not To. They could have given me the Medical Help I need to save my life. But Refused To.

② Plaintiff Did not state the Doctors or CMS and Dr. Muhommed A. Niaz were Negligent, Plaintiff stated. The Defendants, "Diagnosed the Seariousness of my Desease, requiring treatment so obvious a lay person would easily recognize the necessity for extenstive treatment

③ Plaintiff did state C.M.S. allso Dr. Llie Dr. Niza. But Today you will see one Dr. the Next Day you will see some One else

④ + The R.Ns the Drs will not give you any information on who runs CMS. Their for Plaintiff was unable to obtain C.MS. Superiors, names, or who the Final Policy makers Authorities were

page 3

## Grievance

① The last Time I filed a Grievance it Took 1 year to try and get the right Medican for my Heart Then I received a Hospital Bill for $2,100.00

② While in the Hospital in Wilm in Sept 05, Dr Niaz told me I was to far gone. The I went to the Second Phase I was told to treat me would be a waste of Tay Payers money. The Board sent me back to Dr Niaz. He had ollready refused To help, I was at a Dead end and running out of Time. I had no where To go, But To Court

### Medical Records:

① all Times and Dates, Dr names, RNs names, Hospital stays, what was done what was not Done, Is in My Records. 40% of my Case Is in my Records 60% in In my physical Condiction

upon Information and Belief

① Mark Murphy
Jimmy McKinney Died 2002
Fredia Fredrick Died 2005
In mates that Died of the Same Thing or Something like it.

① Cruz-Beto-405.US.319.322.C 1972 )
② Conley v Gibson. 355.US.41. 45-46 - 1957
Infliction of Pain
Gregg v Georga- 173 C 96.S ct at 2925

page 4

Even To day, I am still being refused the shots I needed and still need.

I hope the Court will let me move forward with case

Respectfully

Michael Lee Rose

I/M Michael Lee Rose
SBI# 0977880   UNIT 7.2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
16 NOV 2006 PM 1 L

U.S.M.S
X-RAY

Office of The Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilm Del 19801-3570

11-14-06

Affidavid From Ronald Kline

On the above Date of 2004 I was told that I Have (Hepitis C) and it took at least the two (2) years Before I Began getting threatment For this Disease. and Just some time ago of 2006 I Began getting Shuts For the (Hepitis) and I was tested and told that I Have the (Hepitis C) For at least ten (10) years By Doctor Niase Disease Contral Doctor, and I Have also Seen & Felt my Body go through a whole lot of changes with Body Fluid Loss, throughout my whole Body and also in my Right lung, Plus loss of weight. I was also told By two (2) Different Doctors that I Have Six (6) month to one (1) year to live. and if I when treated sooner I may Have a Better life.

Sworn By S.B.I.
Ronald Kline  00151320
11-14-06



FILED
NOV 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Affidavit                                    11-7-06

I <u>Henry Glanding</u> was on the same tier as was <u>Michael Rose</u>. We use to compair our medical issues. Also the lack off and the refusac of medical attention here at D.C.C. Im going threw the same thing as he is. Which is no medicac here at D.C.C.!

I watched mr Rose turn "yellow" from no medicac!

Henry Glanding

Henry Glanding


FILED
NOV 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## AFFIDAVIT

I, Timothy Thomas #160158, swear the following is true and correct to the best of my knowledge:

I've known Mike Rose for numerous years and upon my transfer to D.C.C. in April 2005 I seen him again and was housed in the same building.

Since meeting him at D.C.C. Mr. Rose complained to me that the health provider at D.C.C. would not treat his ailments, stating that "his ailments were to far gone and that it would be to costly to treat every inmate in his situation".

Some time in Sept. of 2005 Mr. Rose became severely ill, not eating, retaining fluid, yellowing of the skin and pigment discoloring, shortly there after Mr. Rose moved to the infirmary at D.C.C.!

He stayed at the prison infirmary a short period of time and was than moved back to the housing bldg., the next I heard, Mr. Rose was severely ill and was taken to an outside hospital.

Sincerely,
Timothy Thomas
Timothy Thomas



FILED
NOV 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Nov. 4, 2006

Affidavid From Larry Richmond

On or about August of 2003 I Started Asking for Hep.-C Test, it took 6 months to get the test. I was tested Possitive.

For 2½ years I was turned down for a biopsy durning that time the Numbers from my Blood tests have doubled. Docter Niase then told me I Need a Liver Transplant and if I don't get the transplant I have 3 to 5 years to live. I was told I would get a Biopsy. But when they found out I only had a year left on my sentence they refused to do Anything for me. (they lied to me telling me I would get a Biopsy Any time now). I get out Next month Dec. 14, 2006 and never got Any Kind of treatment from this place for Hep-C.

This is a true Affidavid

Nov. 4, 2006

Larry Richmond D.C.C. 00126864

NOV 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE