IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MICHAEL LEE ROSE

    Plaintiff
    v
FRIST CORRECTIONAL Medical
    Defendant
               CIVIL ACTION
                No. 06-370-JJF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

    Declaration for Entry of Default

Michael Lee Rose

    v             Civil Action
                No. 06-370-JJF
FRIST CORRECTIONAL Medical

FILED NOV 29 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

I plaintiff Michael Lee Rose, hereby declares The complaint was filled out and filled on the 27 Day 5 Month 2006 year

The Court files and Records herein show that the Defendant were Served by The United States Marshal with of Summons, and a copy of the Plaintiffs' complaint on the 9 day 6 Month year 2006 of Service

more than 20 days have elapsed since the date on which the Defendant's herein were served, with summons and copy of Plaintiffs, excluding the date thereof.

The Defendants have failed to answer or otherwise defend as to Plaintiffs' complaint, or serve a copy of any answer or any defense which it might have had, upon affiant or any other plaintiff herein.

Defendants are not in the military service and are not infants or incompetents.

I declare under penalty of perjury that the foregoing is true and correct

Executed 27 day 11 month 2006 year

Michael Lee Rose

Michael Lee Rose
SBI# 00478850   UNIT 7-2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON, DE 197
28 NOV 2006 PM 3 T

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wlm Del       19801-
              3570