H:\FILES\DAN\Rose (FCM)\EOA.wpd

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MICHAEL LEE ROSE,** | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 06-370-JJF |
| | ) |
| v. | ) |
| | ) |
| **STANLEY W. TAYLOR, FIRST** | ) |
| **CORRECTIONAL MEDICAL,** | ) |
| **CORRECTIONAL MEDICAL SERVICES,** | ) |
| | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

**PLEASE ENTER** the appearance of Daniel L. McKenty, Esquire, and Dana Spring Monzo, Esquire, McCullough & McKenty, P.A., as attorney for defendants, First Correctional Medical in the above-referenced action.

This entry of appearance in no way waives any defenses defendants may have with respect to jurisdiction, venue, process, or service of process.

                          **McCULLOUGH & McKENTY, P.A.**

                          /s/ Dana Spring Monzo
                          Daniel L. McKenty, Del. Bar No. 2689
                          Dana Spring Monzo, Del. Bar No. 4605
                          1225 N. King Street, Suite 1100
                          P.O. Box 397
                          Wilmington, DE 19899-0397
                          (302) 655-6749
                          Attorneys for First Correctional Medical

Dated: December 1, 2006

## CERTIFICATE OF SERVICE

I, **DANA SPRING MONZO**, hereby certify that on this date, a copy of the attached *Entry of Appearance* was served to the following:

*Via LexisNexis File & Serve*
Kevin Connors, Esquire
Lorenza A. Wolhar, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market, St., 5th Fl.
P.O. Box 8888
Wilmington, DE 19899

*Via First Class Mail*
Michael Lee Rose
SBI# 097880
Delaware Correctional Center
1811 Paddock Road
Smyrna, DE 19977

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar No. 2689
Dana Spring Monzo, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for First Correctional Medical

Dated: December 1, 2006