IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Michael Lee Rose     Plaintiff | ) ) ) ) ) | Civil Action no. 06-370-JJF |
| v. | ) ) ) ) | |
| First Correctional Medical Correctional Medical Services Dr. Niaz     Defendants | ) | |

FILED APR 3 0 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

---

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff here by requests that Defendants produce for inspection and copying the documents and tangible things identified below within thirty (30) calendar days of the service of this document request.

1. All written statements, originals or copies of the incidents on August 15 - 18, 2003; and two more incidents in September, 2005; relating to health and hospital matters.

2. Any and all medical records of the Plaintiff from the time of his incarceration in gander Hill and Delaware Correctional Center through and including the date of your response to this request.

3. Any and all rules, regulations, and policies of the Delaware Correctional Center policies for the treatment of Hepatitis C.

Date Submitted: 4/25/07

Respectfully Submitted

*Michael Lee Rose* (signature)

Michael Lee Rose
SBI#
1181 Paddock Road
Smyrna, DE 19977

## Certificate of Service

I, Michael Lee Rose ,hereby certify that I have served a true

And correct cop(ies) of the attached: Motion for Productions of Documents

_____ upon the following

parties/person (s):

TO: United States District Court for the

District of Delaware

844 North King St., Lockbox 18

Wilmington, DE 19801-3570

TO: Dana Spring Monzo Daniel L. McKenty

McCullough & McKenty P.A.

1225 N. King St, Suite 100, P.O. Box 397

Wilmington, DE 19899-0397

TO: Kevin Connors, Lorenza A. Wolhar Marshall

Dennehey, Warner, Coleman Goggin

1220 N. Market St., 5th Flr., P.O. Box 8888

Wilmington, DE 19899-8888

TO: Lorenza A. Wolhar Marshall, Dennehey,

Warner, Coleman & Goggin

1220 North Market St., 5th Flr., P.O. Box 8888

Wilmington, DE 19899-8888

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 25 day of April ,200 7

*Michael Lee Rose*

IM Michael Lee Rosa
SBI# 041380   UNIT T.2-38
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.
X-RAY

Office of the Clerk
United States District Court
844 N. King Street, LockBox 18
Wilm Del
19801-3570

UNITED STATES POSTAGE
02 1A
0004608975
MAILED FROM ZIP CODE 19977
PITNEY BOWES
$00.630
APR 26 2007