UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL LEE ROSE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-370-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| STANLEY W. TAYLOR, FIRST | ) | |
| CORRECTIONAL MEDICAL, | ) | |
| CORRECTIONAL MEDICAL SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

## SUBSTITUTION OF COUNSEL

Please substitute Daniel L. McKenty for Dana Spring Monzo as counsel for defendant First Correctional Medical.

| | |
|---|---|
| McCULLOUGH & McKENTY, P.A. | McCULLOUGH & McKENTY, P.A. |
| | |
| /s/ Dana Spring Monzo | /s/ Daniel L. McKenty |
| Dana Spring Monzo, *DE Bar No. 4605* | Daniel L. McKenty, *DE Bar No. 2689* |
| Legal Arts Building | Legal Arts Building |
| 1225 King Street, Suite 1100 | 1225 King Street, Suite 1100 |
| P.O. Box 397 | P.O. Box 397 |
| Wilmington, DE 19899-0397 | Wilmington, DE 19899-0397 |
| 302-655-6749 | 302-655-6749 |
| Attorney for Defendant | Attorney for Defendant |
| First Correctional Medical | First Correctional Medical |

Dated: June 11, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL LEE ROSE, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 06-370-JJF |
| | ) |
| v. | ) |
| | ) |
| STANLEY W. TAYLOR, FIRST | ) |
| CORRECTIONAL MEDICAL, | ) |
| CORRECTIONAL MEDICAL SERVICES, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I certify that, on this date, a copy of this Substitution of Counsel was served upon the following individuals:

*Via Electronic Service*
Kevin Connors, Esquire
Lorenza A. Wolhar, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market, St., 5th Fl.
P.O. Box 8888
Wilmington, DE 19899

*Via First Class Mail*
Michael Lee Rose
SBI# 097880
Delaware Correctional Center
1811 Paddock Road
Smyrna, DE 19977

/s/ Dana Spring Monzo
Dana Spring Monzo, *DE Bar No. 4605*

Dated: June 11, 2007