IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL LEE ROST, | : |
| Plaintiff, | : |
| v. | : Civ. No. 06-370-JJF |
| FIRST CORRECTIONAL MEDICAL, CORRECTIONAL MEDICAL SERVICES, and DR. NIAZ, | : |
| Defendants. | : |

### O R D E R

At Wilmington, this 28th day of September, 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Motion Of Defendant, Correctional Medical Services, Inc., To Dismiss Plaintiff's Complaint (D.I. 18) is **GRANTED** in part and **DENIED** in part.

2. Motion Of Defendant, Muhammed A. Niaz To Dismiss Plaintiff's Complaint (D.I. 21) is **GRANTED** in part and **DENIED** in part.

3. Defendant First Correctional Medical's Motion To Dismiss (D.I. 27) is **GRANTED** in part and **DENIED** in part.

4. Plaintiff is given leave to amend his Complaint. The Amended Complaint shall be filed within **thirty (30)** days from the

date of this Order. If an Amended Complaint is not filed within the time allowed, then the case will be closed.

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE