IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MICHAEL LEE ROSE,**<br><br>**Plaintiff,**<br><br>v.<br><br>**D.O.C. COMMISSIONER STAN TAYLOR,**<br>**First Correctional Medical, Correctional**<br>**Medical Services, Dr. Niaz**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-370-JJF<br>)<br>)<br>)<br>)  TRIAL BY JURY<br>)  OF TWELVE DEMANDED<br>)<br>)<br>) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

    Please substitute Kevin J. Connors, Esquire, as counsel for Defendant, Dr. Niaz, in the above-referenced matter.

| | |
|---|---|
| MARSHALL, DENNEHEY, WARNER,<br>COLEMAN & GOGGIN<br><br>BY: */s/ Lorenza A. Wolhar*<br>LORENZA A. WOLHAR, ESQUIRE (DE I.D. #3971)<br>1220 North Market Street<br>P.O. Box 888<br>Wilmington, DE 19899-8888<br>(302) 552-4318 | MARSHALL, DENNEHEY, WARNER,<br>COLEMAN & GOGGIN<br><br>BY: */s/ Kevin J. Connors*<br>KEVIN J. CONNORS, ESQUIRE (DE I.D. #2135)<br>1220 North Market Street<br>P.O. Box 888<br>Wilmington, DE 19899-8888<br>(302) 552-4302 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MICHAEL LEE ROSE,**  )<br>)<br>**Plaintiff,**  )<br>)<br>v.  )<br>)<br>**D.O.C. COMMISSIONER STAN TAYLOR,**  )<br>**First Correctional Medical, Correctional**  )<br>**Medical Services, Dr. Niaz**  )<br>)<br>**Defendants.**  )<br>) | Civil Action No. 06-370-JJF<br><br><br>**TRIAL BY JURY**<br>**OF TWELVE DEMANDED** |

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2007, I electronically filed the Notice of Substitution of Counsel with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Daniel L. McKenty, Esquire
Legal Arts Building
1225 King Street, Suite 1100
P.O. Box 397
Wilmington, Delaware 19899-0397

I hereby certify that on October 3, 2007, I have mailed by United States Postal Service, the Notice of Substitution of Counsel to the following non-registered participant:

Michael Lee Rose
SBI# 097880
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                MARSHALL, DENNEHEY, WARNER,
                COLEMAN & GOGGIN

BY:   */s/ Lorenza A. Wolhar*
      LORENZA A. WOLHAR, ESQUIRE (DE I.D. #3971)
      1220 North Market Street, 5th Fl.
      P.O. Box 8888
      Wilmington, DE 19899-8888
      (302) 552-4300