IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL LEE ROSE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STANLEY W. TAYLOR, FIRST )<br>CORRECTIONAL MEDICAL, )<br>CORRECTIONAL MEDICAL SERVICES, )<br>)<br>Defendants. ) | Civil Action No. 06-370-JJF |

**DEFENDANT FIRST CORRECTIONAL MEDICAL'S RESPONSES TO THE PLAINTIFF'S REQUEST FOR ADMISSIONS**

1.  Mr. Rose was sufficiently harmed while F.C.M. was the medical provider for the Delaware Correctional system.

    **RESPONSE: Objection. This request is vague and not comprehensible.**

2.  Admit F.C.M. doctors are qualified to make a diagnosis of Hepatitis C.

    **RESPONSE: Admitted that Defendant FCM doctors were qualified when they provided services to the Department of Corrections.**

3.  Admit the lab F.C.M. uses for blood work is qualified and F.C.M. does accept their results.

    **RESPONSE: Objection. This request is overly broad and vague.**

4.  Admit being the Delaware Correctional system health care provider from July 1, 2002 until June 30, 2005. Mr. Rose was never treated for Hepatitis C in any way.

    **RESPONSE: Admitted to being the health care provider from July1, 2002 through June 30, 2005. After reasonable inquiry, Defendant FCM is without sufficient information**

17867/365753

to admit or deny that plaintiff was treated for Hepatitis C because defendant FCM does not have access to plaintiff's medical records, which are the property of the Delaware Department of Correction.

5. Admit F.C.M. knew Mr. Rose this serious medical problem.

**RESPONSE:** Objection. This request is not comprehensible.

6. Admit grievances were filed but were never answered.

**RESPONSE:** After reasonable inquiry, Defendant FCM is without sufficient information to affirm or deny this Request as defendant FCM does not have access to plaintiff's medical records, which are the property of the Delaware Department of Correction.

7. Admit that when Hepatitis C remains untreated it is the leading cause of liver transplants and can be fatal.

**RESPONSE:** Objection. Defendant FCM does not have medical records or any opinion on this matter. The information sought is a genuine issue to be decided at trial. The information sought in this request is readily available elsewhere.

8. Admit that when not treated this disease leads to constant and adsorbent amounts of pain and the patient may remain in a state of impair.

**RESPONSE:** Objection. Defendant FCM does not have medical records or any opinion on this matter. The information sought is a genuine issue to be decided at trial. The information sought in this request is readily available elsewhere.

9. Admit The Medical Grievance Board at the Delaware Correctional Center did in 2002 until 2005 work for F.C.M. except for the correctional officers that are at the hearings.

17867/365753

**RESPONSE:** **Defendant FCM does not have records of any kind to affirm or deny this Request.**

10. Admit the Defendants feel that inmates health care treatment should be far below someone who is not incarcerated.

**RESPONSE:** **Denied.**

11. Admit F.C.M. does work under the color of the state.

**RESPONSE:** **Denied at present. Admitted as to dates.**

                        HECKLER & FRABIZZIO, P.A.

                        /s/Gerald J. Hager
                        Daniel L. McKenty, *DE Bar ID No. 2689*
                        Gerald J. Hager, *DE Bar ID No. 4097*
                        The Corporate Plaza
                        800 Delaware Avenue, Suite 200
                        P.O. Box 128
                        Wilmington, DE  19899-0128
                        302-573-4800
                        Attorneys for Defendant
                        First Correctional Medical

Date:   October 22, 2007

17867/365753

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL LEE ROSE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-370-JJF |
| | ) | |
| v. | ) | |
| | ) | |
| STANLEY W. TAYLOR, FIRST | ) | |
| CORRECTIONAL MEDICAL, | ) | |
| CORRECTIONAL MEDICAL SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, **GERALD J. HAGER**, hereby certify that on this 22nd day of October, 2007, *Defendant First Correctional Medical's Responses to the Plaintiff's Request for Admissions* were served upon the following:

*VIA ELECTRONICE SERVICE*
Kevin Connors, Esquire
Lorenza A. Wolhar, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market, St., 5th Fl.
P.O. Box 8888
Wilmington, DE 19899

*VIA FIRST CLASS MAIL*
Michael Lee Rose
SBI# 097880
Delaware Correctional Center
1811 Paddock Road
Smyrna, DE 19977

HECKLER & FRABIZZIO, P.A.

/s/Gerald J. Hager
Daniel L. McKenty, *DE Bar ID No. 2689*
Gerald J. Hager, *DE Bar ID No. 4097*
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE  19899-0128
302-573-4800
Attorneys for Defendant
First Correctional Medical