IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MICHAEL LEE ROSE,                                      )
                                                       )
              Plaintiff,                               )
                                                       )
                                                       )
       v.                                              )    Civil Action No. 06-370-JJF
                                                       )
D.O.C. COMMISSIONER STAN TAYLOR,                       )
First Correctional Medical, Correctional Medical       )
Services, Dr. Niaz                                     )    TRIAL BY JURY
                                                       )    DEMANDED
              Defendants.                              )
                                                       )

## ORDER

AND NOW, this ____ 2ª ____ day of ____ October ____, 2007, upon consideration

of the Motion of Defendants, Correctional Medical Services and Dr. Muhammed Niaz, For a

Protective Order, and any Response thereto, it is hereby ORDERED that the Motion is

GRANTED in favor of Defendants, Correctional Medical Services and Dr. Muhammed Niaz,

and Correctional Medical Services and Dr. Muhammed Niaz shall not be required to respond to

plaintiff's discovery until thirty days after an Amended Complaint is filed with the Court and

plaintiff's pleading deficiencies are cured.

_____
                                            J.

15/538845.v1