FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 OCT 29

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Michael Lee Rose                    Civ-No. 06-370-JJ
        Plaintiff
                    Defendants
FRIST CORRECTIONAL MEDICAL
CORRECTIONAL MEDICAD SERVICES
                Dr. Niza
        Motion to Amend



F I L E D

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I was Transferred To D.O.C. Smyrna in 200
I was placed in the NSHU, in July 2004 I was
losing my pigment of my skin. I was med st
but my Body, turned a chalkey color. I ask E
Roger if I could see a Doctor about this and
Hipitites C. She stated she put me in to se
a Decease Doctor. Nothing happened, 2 Month
Later I saw Dr. Jhon Doe, he gave some Selenio
Sulfide to put on my skin. This is used for Dendri
I never seen any one about my Hapitites C,

In Jan-2005 I was moved To The Compound
D Building. In Feb 2nd placed a Sick call List
in. I stated I could not Breath, I could could
not walked to Chow, I had to stop 3-4 times gaspi
for air. Fed I went to Sick Call. nothing was don
I was sent back to my Building.

At That time I didnt know. My Body was fill
up with fluid. I got so sick I could not hardly
walk. The inmates stated To me I had turned
yellow and to go see the Doc, I sent written
statments about that To The Count.

Page 2

In May on or about the 10. last The Sargent
of the Building if I could go to Sick call. I
could hardly stand. He called the Infirmary, I we
and saw Dr. Ale, I state to her I had been tryi
of all most a year to see here or some Doctor
that could help me about this serious medical
condition. E.C. m Did Know of my problem w.
Hepatitis C. Dr. Rogers was work" under color of
state for E C m In 2000 sept. I stated I would
not leave the Infirmary until something was
done. Dr. Alle put to bages of water into my
system. I was all Ready so full of fluids I could n
walk. I was later taken to Kent General Hospi
that Sep 8 on 2005.

I had only seen Dr. Niaz once befor, that u
on on about Aug 12 2005, He stated their was
nothing he could about my Hep. C until he had m
Blood test. I stated To Dr Niaz F.C.m. Cms h
Been taking 5, 6, 7 Tubes of Blood for years and
had done Nothing. all he said was Next.

on or about The 9 of Sept 2005, Doctors at Kent
General Hospital Told Me. Rose that my Liver
and Kidneys had shut down, To Hang in their
and they would try and get me going again. I
was going through severah Pain, Mental confusi
a long needle was pushed into my side to
try and relieve the pressure from my insi

Their were 5. 2 pound glass containers. fil
with fluid. when the needle was pushed into
my side the fluid flew out like a water Hose,

page 6

I stayed for 3 days I believe. Them I was Taken back To the prison infirmary, Befor I was leaving the Dr. Jhon Doe stateto The prisor guards I was not ready to be taken back yet, I was not out of the woods yet. This did not matter.

After being placed back in the prison infirmary I stay in a room for 5 days. My hand, and feet and the rest of my body filled up with fluids again. My hand, and feet looke like Foot Balls, I could not walk, I was hurting so bad all I could was lay on the bed, Then often 5 days say sept 19, 20 Capt Henery Came in and seen me. I was all most Dead. The Doctors Dr. Rogers, Dr. Alice, Dr. Niza, Did nothing. I owe Cap. Henery my life She had me taken to St Frances Hospital in Wil. Del.

C.C.m → CMS, Knew all of this and its Supervisors promolgation of Haphazard ill conceived procedures, Misconduct all most killeme.

When I was at St Jhances Hospital on Sept 19,200 I was told my liver and keneys had shut down again again had a large needle pushed into my side to thy and drain the Fluids, I was in so much Pain I was given Morphine to ease my body of so much torture.

On Sept 21, Dr Niaz Came to see me, he state he no longer worked for C.M.S, That he worked for the Hospital, He looked at me and Said you only have 6 months to 1 year to live. I all most wentinto Shock. I stated to him you said I woo be fine at the prison,

Page

Dr. Niaz Stated they had Ilso found a spot
my lung. I ask him what he was going to do c
It, He Stated Nothing, you ar to far gone. I
didn't Know what to say. The Doctor at St ?
Come in Dr Saddshiwa Rav and said He could
believe the prison or any medical constactor
or Medical Provider, would let any person get
into this shape he stated when the blood testce
back and the Skin pigment started. Treatment
should haven given right then and their.

I stayed May a week and ½ I am not sure.
Come back to the Infirmary. I was on Morphii
for severe pain.
I filed a Grievance, when I went to the
grievance Hereing I was told I was a waste
of tax payers money. To be given treatment
all so look where your are at was stated.
On Dec 23 06  I saw Dr. Niaz. I ask him again
about Treatment for my Haptitites C. He state
he couldnt do any thing.

I saw Dr. Dunsh in Jan, 07 I ask him what
he could do. he stated more Blood work.

I saw Dr. Vandusen feb. 21 /07, he. look at
my chart and stated I now had cirrhosis oA
the liver, and wanted to Know why I had
not received Treatment of interferon and
other treatment, he stated Dr. Dunsh had pot
me in for it. But I never received it.

page 5

On 3/10/07 I saw Dr. Mc Donal a Decese Doctor. I ask him about treatment with interferon and other aproved Drugs. He stated to give me treatment now would kill me, He made a statment to me. he said he had killed a few other people befor for giving treatment to late, I was put in for a galblatter operation to help my liver. Dr. Vandusen all requested it. But Nothing has been done at all. The spot on my lung has not bee looked yet and that was Sept 21,05.

I saw Dr. Van-Dusen he wanted to know again why I was not being treated for my serious medical conditions. I stated I dont know.

On Oct 28/07 I saw Dr. Zarandy. he stated I now had a tumer, Cyst on my liver.

Dec.10.05  My Sister Tammy McLeoD wrote a letter to the Governer of Delaboat my medical condition, The Governer sent her back a letter stating she would forward the infermation. So The Prison + F.C.m C.m.s knew of all Thes problems, But Did Nothing,

I am asking the Court for Relief for the flowing reasons, Refusing me treatment of interferon + other Drugs that has been aproved for years for Hipitities c Refusing to check on my lung. By doing so coosed me severe personal injory, Mental suffering, constant and neverending pain, Permanent Disability and Premature Death

Page 6

This ongoing serious Medical Refuseal is
due to a written policy or pattern or custom
of officially sanctioned behavior or Conduct.
Invoulved reckless or callous indifference
to my rights or Failing to oversee the peopl
who has caused the rdong, such as himing
unqualified people or failing to adequatel
train the Staff?

I wish to Sue Dr. Niza In Individual and
official Capacities, cms FCM, under color of A stat
and Dr. Niza

I am on Morphine 4 times a day for the pain
I stay in. My Insides hurts 24 hours a day I ha
been on Morphine sence Oct. 2005, I can to not
Sleep, I stay in a constant State of in painmen
becouse of this Untreated Decease, I can
can not eate sametime I have no appetite.

I seak relief under Punitive and Conpentohy
damages

           Supervisors liability
             for F.C.M, C.MS.
Supervisors Knew of Roses serious Medical
needs By knowing of Law Surte, Medical Grieva
Hospital stays, serious Pain Med. for 2 reans
and Medical Records, Phone Calls, The Press.
The Board of Pardons, Doctors, and a letter from the
Gouephenfor the Stat of Delaware
City of St Louis v Praratnik - 485 US 112, 108 S ct 915
923, (1988)

C.i.m.s, in change from July 1-2005 until Now

Supervisors liability    2th Cir 1977 Page1
Tedaro- V Ward -565 F.2d 48.52,
supervisors promulgation of hahazdand ill
conceived procedures
Robins v meechan - 60 F.3d143, 1442 9th Cir 1995
Cabrales V County of Los Angeles, 864 F.2d 1454
1461 9th Cir 1988
Hicks v Frey 992 1450 1457. 6th cir 1993

monell V Department of Social Services
436, US658 694 95 1978
Policy was moving force behind unconstitution
Violation
Barber V Salem. 953, F2d 232 236 6th cir 1992
Howell V Evans. 922 F2d 712, 724, 11th cir 1991
miller V Correctional sys inc.
802 F Supp 1126, 1130 C.D. Del 1992
Birrell V Brown, 867 F2d 956,959, 6th Cir 198
misconduct can create supervisory liability

Rode V Dellarciprete, 845 F2d 1195,1207
3th Cir88. The Count finds that, on a montion
to dismiss, The Complint is sufficient t allege
actual knowledgewith appropriate, particula
thus defendants motion to dismiss is deni

US Department of Justice - @ Dec 29:

Their investigation revealed that the medica
care provided at D.O.C. Smyrna falls below the
Standard of care Constitutionally required
by the state in the following areas,
management, monitoring and treatment.
Communicable diseases. Monitoring and
treatment of chronie diseases,

on
Oct 24-8,16 PM                                    Page 8.

continuity of Care following hospitalization:
grievances. That there is no functioning
chronic Disease registry at H.R.Y.C.I. as a
result, inmates with chronic Disease are at
risk for Deterioration in function,
Kidney Disease, Liver failure and Death
The State Means officials of D.O.C, Bureau
of Prisons and their Successors contractors
and agents.
    The US Department of Justice
concluded inmates confined at the D.O.C,
at Smyrna Suffer harm or are placed at risk
of harm from constitutional deficiencies
With aspects to Medical and Mental Health

                        Michael Real Case

CMS, F.C.M Has been Taken to Count for the
last 15 or So on Refushing to treat inmate:
with Serious Medical needs, In Michigan CMS
health care is dismal. CMS cares more for
money than adequate Health Care, Just in
Delware CMS F.C.M Has been to Count a lot
of times, Department of Justice stated
F.C.M.CMS, polices, Costoms, Conduct had to
be revised, I need a Liver transplant or I
will die. To Let this this type of conduct
To Continue is very harmfull To The public
inmates leave here to spred Thes Diseases
To the public. Because, Refused To Treatment
by Medical Staff and F.C.M. CMS,

501. US 294 C(1991)
CMC. F.C.M Dr Niza and a number other Doctors
Knew of Medical Condition and did not respond
in reasonable manner

Farmer v Bennan- 511 US 825 (1994)
Spain v Procunier 600 F.2d 189 9th Cir 1979

Taylor v adams 221 F 3d 1254 1258 11th Cir 2000
Jhanson-v Wright 234 Supp 2d F SDNY 2002

Gregg-v Georgia 173 C96.5 ct at 2925
Infliction of Pain

Lancaster v Lord
No 90.5843 1991, WL 51173 1993 US Levis SDNy At
2 1991 Unpublished
Brooks v Celeste 39 F. 3d 125, 128, 29 6th Cir 1993

Sherrod 223 F 3d at 611 - 12,
show only that Serious Medical Needs were
consciously disregarded,

Estelle- 429 US at 104 97 S ct 285
a prisoner has a right Not to have his serious
medical needs disgarded by his Doctors.

Smith v Jenkins- 919 2d 90 8th Cir 1990
refusal to provide Medical Care violates Eigh
Anment
Brown v Wright 315 F 3d 158 2d Cir 2003

104-05                                    Page 10

Estell V Gamble - 429-US 97; 104 97 Set
285, 50 LEd 2d 258 1976
The requirement of Deliberate Indifference is
Less Stringent in cases Involving a Serious
Medical Need
Rogers V Evans - 792 F 2d 1052 1058 11th Cir 1986
medical treatment that is grossly, incompetent
and inadequate

Miltier V Beorn 896 F2d 848 (4th Cir 1990)
Failture to provide the Care that treating physician
himself believes is necessary, Constitutes
Deliberate Indifference.
mandel V Doe 888 F2d 783, 788 (11th Cir 1989)
intentional refusal to provide care Constitutes
Deliberate Indifference
Borretti V Wiscomb 930 F. 2d 1150, 1154-55 (6th Cir
                Hipatitise Cases
Thoms V Dragovich Cv A, 9758, 14 2000
US Dist Lexis 4761 ED Pa. Mar 28 2000
Bork - North Dakota Dep of Corrections and Rehabilit
294 F 3d 1043 8th Cir 2002
• Thonson - Wright - 234 Supp 2d F SDNY 200
was refused med other inmates Received for
Hipatitise C.
                        Plaintiff
                        Michael Lee Ke

## Certificate of Service

I, Michael Lee Rose ,hereby certify that I have served a true

And correct cop(ies) of the attached: Motion to Amend

_____ upon the following

parties/person (s):

TO: The United States District      TO: _____

Court for the District of      _____

Dekurlere      _____

844. North King St LockBox 18      _____

Wilm Del. 19801-3570      _____


TO:_____      TO:_____

_____      _____

_____      _____

_____      _____

_____      _____


**BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.**

On this 24 day of Oct ,200 7

Michael Lee Rose

UNITED STATES POSTAGE
$ 01 3<sup>10</sup>
02 1A
0004608915    OCT 26 2007
MAILED FROM ZIP CODE 19977

I/M: Michael Lane Pose

SBI# 097820    UNIT 2-2-38

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

United States District Court
for The District of Delaware
844, North King St, LockBox 18
Wilm, Del 19801

3590

To The District Court

I dont know if I am to send the Defendar
a copy of this Motion to Amend. or write
and see how the Court rules. I dont kno
what I am really doing. I just know I have
be done a great harm. I know I need a Lawy
I dont know how to put all of this together.
I have never suited anyone befor. I just sen
my Motions Keep getting Denied. or some
Defendants will not answer my motion of Ah
Interrogatories, I have Requested Production
of Documents twice, Motion for Admission
+ others every thing I ask for is relevant to
information I need for trial. all I ask for is
the truth nothing more, nothing Less, The
application is made in good faith and is Not
intended to be a general fishing expedition
I hope the Court will take this paper work
as evidence to be put with the other I have
sent in

Michael Lu Rose

FILE

OCT 2

U.S. DISTRICT
DISTRICT OF DEL



**STATE OF DELAWARE**
**OFFICE OF THE GOVERNOR**

RUTH ANN MINNER
GOVERNOR

December 30, 2005

Tammy McCloud
5485 Enochville Sch. Road
China Grove, NV 28023

Dear Ms. McCloud:

Thank you for contacting Governor Minner, and seeking her assistance in the resolution of your concerns. The Governor is pleased to provide her fellow Delawareans with information, aid or resources when possible.

Individual state agencies are often best equipped to address individual concerns, as they possess specific resources regarding a range of topics. As such, I have taken the liberty of forwarding your information and correspondence to the Department of Corrections. They can be reached at:

Department of Corrections
245 McKee Road
Dover, DE 19904
302-739-5601

If our office can be of further help to you, please do not hesitate to contact us at: (800) 292-9570 or (302) 744-4101. Best wishes in the speedy resolution of your concerns.

Sincerely,

Jessica Davis
Constituent Relations



*Hospice of Stanly County, Inc.*

960 North First Street
Albemarle, NC 28001
704-983-4216 Fax 704-983-6662

March 21, 2006

Ms. Sandra Roseman
14554 Fiji Ct.
Stanfield, NC 28163

RE: Michael Lee Roseman Referral for Hospice care services

Dear Ms. Roseman:

We appreciate your inquiry regarding hospice care services for your brother, Michael Lee
Roseman. Hospice of Stanly County's mission is to provide quality compassionate care
for people facing an incurable illness. Our care program focuses on caring for persons
who are in the last stages of a life limiting disease, enabling them to live at home as fully
and comfortably as possible.

It is our understanding that Mr. Roseman will be relocating to North Carolina to live with
you at your residence in Stanfield. In order for Hospice of Stanly County, Inc. to provide
services, you must arrange for a physician licensed by the North Carolina Medical Board
to provide certification that Mr. Roseman is terminally ill with a life expectancy of six
months or less if the terminal illness runs its natural course prior to admission to our care
program.

Once hospice services are initiated, Hospice of Stanly County, Inc. will provide skilled
care services based on the individual needs of the patient with visits by registered nurses
being made at least weekly. Other disciplines including medical social work, certified
nursing assistants and bereavement counseling will provide care as ordered by the
patient's physician.

Please contact our office at 704-983-4216 to arrange for admission to our program once
you have obtained physician's orders and have an expected arrival date for Mr.
Roseman's relocation to NC.

Sincerely,

Audrey M. Howell

Audrey M. Howell
Executive Director

*Affirming life through compassionate care*





**PVA**
PARALYZED VETERANS
OF AMERICA

February 21, 2006

Dear: Michael Rose

We have received your name and address Ed Moczulski. At this time, we cannot put in any claims against the VA on your behalf due to you being incarcerated. If you would like free representation in any matter concerning the Department of Veterans Affairs (VA), after your release, we would be pleased to assist you.

Our office deals specifically with benefits involving veterans, their dependents, widows and survivors. Our service is provided free of charge. PVA is chartered by the Congress of the United States so that we may have the authority to represent clients before VA. We are here to represent your best interests and to attain the maximum benefits available to you.

If you wish to have PVA represent you, please complete the enclosed VA form 21-22, sign it where marked, and return it in the enclosed self-addressed envelope. Upon receiving the signed 21-22, we can request your C-File and review it, but we cannot file any claims. Once you are released, please contact our office at 302-633-5325.

We await your response and look forward to serving you.

Sincerely,

Darrell Johnson, Sr.
National Service Officer

3-2006

Dear Bord of Pardons.

I Tammy Rose McCloud, writting this letter to your board, for the concern and the release of my brother whom is dieing. Michael L. Rose SBI 097880.

I fully understand there are conditions that have to be in compliance, in order for his release. First he will be living with our sister Sandra Rosen @ 14554 Fiji Court, Stanfield N.C. 28163 Ph# 704.485.4898.

Sandra has already met with Hospice, has everything set up with medical needs, and you should have already recieved a letter from them.

I understanding his health is falling fast and the sooner he could come home the prayers will have been answered.

Please just let him be here with his family Before when he passes away. I will do everything I can to help, I just hope you can grant this release in a speedy fashion.

Thank You
Tammy McCloud

5485 Enochville Sch. Rd. China Grove NC 28023

Ph # 704 938 3417

Mead

3-1-06

The Board of Pardons
The Secretary of State: Delaware
401 Federal Street
Suite 3
Dover, DE 19901

This is concerning my brother Michael Rose whom is incarcerated in the Delaware Correctional Center. I Sandra Rosen being his sister was informed that he was given a death sentence by this facility in which he is being held. Michael has had poor health problems and was not treated with the proper medical attention from what I can understand from him. He also explained that he has 6 months to a year to live. This news has torn our family up and sparked insight to why he is not getting the proper attention. We could not believe how he was treated and now he is dying. If they had treated him for this disease, his life could have been prolonged. We love our brother very much and if there is a way we would want him to be home with us so we could take care of him, he doen"t deserve this.

Mike is really a great person, you people don't know him except from what you see on paper. I know he has been in trouble, has a record and he has did his time for all that. My brother is not a rapist, murder, or a child molester. ▟▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀▀. Mike has never tried to fight an officer of the law either; yes he has run from them. Most of his trouble was due to his drinking and drugs. I plea for what time he has and please let him come home to die. We his family will take care of him and make sure he gets the proper medical attrition he desperately needs.

We do love our brother and worry about him; so please try to understand we are pleading for what life he has left.

My brother can live here with me and my son here in North Carolina. I have lived here for the past 28 years and have no plans on going anywhere. I also have a cleaning business and I have work that he can do. My brother will be too ill to work away from home so I think that would work out great for the both of us. I can use him to help me with my business and he would be good.

I hope you take all that I have said with great consideration and believe me that Mike needs to come home to die. He needs to be with his family.

1-704-4854898
Sincerely Yours,
Sandra Rosen

Phone

Secretary Of State
401 Federal Street Suite 3
Dover, Delaware 28163
C/o Jane Smith
20-01-01


Dear Secretary of State;

I'm writing this letter concerning my brother, Michael Lee Rose which is incarcerated in the Delaware Correctional Center in Syrmia, Delaware. Michael is going up in front of the Board of Pardons and I am concerned for him. I had written a letter early to the state and Jane Smith was very helpful and I hope she can help me again.

I know my brother will need a place to stay and a job if he is released. I do own a business and I can put him to work at home helping me with it. Mike is really sick and he was told by a Doctor in that facility that he had 6 months to a year to live and if this is true I would love for him to be with his family here in North Carolina. I have lived here for 23 years and have my own home and I have no plans of going anywhere and Mike could stay here with me and my son.

I would appreciate if you were to take this in consideration for it would make all the difference in the world to us and to him. We don't him to die in there. I do thank you for your time, which I know there is so much going on in this country now and understand how busy you are.

Please take a little time and it will be appreciated.

Sincerely,
Sandra Rosen

**to save up to \$25 on each F**
If you suffer from persistent heartburn two or more days a
changes, it could be acid reflux disease. Prescription Preva
Prevacid may not be right for everyone and has a low o
diarrhea, abdominal pain and nausea. Symptom relief
stomach conditions. Please see the complete Prescribing Ir

# MedicineNet.com
We Bring Doctors' Knowledge to You

[ Search ]

| Home | News & Views | Diseases & Conditions | Symptoms & Signs | Procedures & Tests | Medications | He & L |
|---|---|---|---|---|---|---|

MedicineNet Home > **MedTerms** medical dictionary A-Z List > Digestion Home Page > Interferon

**Visit The Digestion Home Page**

1 Interferon Center | Next ►

**Digestion Topics**

Hemochromatosis

Constipation

Gallstones

Abdominal Pain

Pancreatic Cysts

XML News via RSS

MY YAHOO!

Ask the Experts

**Daily Health News**

Tots See Bilingual Talk

How Pot Hits the Fetus

Calm Urged for Avandia Use

Vaginosis Drug OK'd

Vitamin A Fighting Wrinkles?

XML Health News Feed

Newsletter Signup

## Definition of Interferon



**Our Interferon Main Article provides a comprehensive look at the who, what, when and how of Interferon**

**Interferon:** A naturally occurring substance that interferes with the ability of viruses to reproduce. Interferon also boosts the immune system.

There are a number of different interferons. They fall into three main classes : alpha, beta, and gamma. All are proteins (lymphokines) normally produced by tl body in response to infection. The interferons have been synthesized using recombinant DNA technology.

The goal of interferon therapy is to eradicate a virus from an infected person. Using interferon, for example, to eradicate the hepatitis B or C virus will, it is hoped, prevent the future development of cirrhosis and cancer of the liver. This may require months and even years of interferon treatment and may not be effective in many patients.

In therapeutic doses, interferon can be hard to tolerate because of the side-effects, with flu-like symptoms such as fatigue, headache and aches and, less regularly, low thyroid activity, arthritis, low platelet count and depression which can attain suicidal proportions.

Interferon was discovered in 1957 by the Alick Isaacs and Jean Lindenmann (who did not receive the Nobel Prize for their discovery). Interferon is so named because of its ability to interfere with virus reproduction.

**Search All of MedicineNet For:**

Interferon

[ Search ]  search help

1 Interferon Center | Next ►



Proven
Benefits,
Low Rate
of
Side
Effects...

**Namenda**
memantine HCl

**Complete Prescribing
Information**

Printer-Friendly Format | Email to a Friend

 **Related Articles:**      From the Doctors at MedicineNet.com 

 **Suggested
Reading By
Our Doctors:**

 **Latest Medical
News:**

- Hepatitis C - Learn and become aware of Hepatitis C – includes a complete description of the virus, transmission, prevention, symptoms, diagnosis, and forms of treatment. Source:MedicineNet
- interferon - Describes the medication interferon (Roferon-A, Intron-A, Rebetron, Alferon-N, Peg-Intron, Avonex, Betaseron, Infergen, Actimmune, Pegasys), a drug used in managing many diseases that involve the immune system. Source:MedicineNet
- Hepatitis B - Learn more about Hepatitis B, including a description of the virus, scope of the problem, how it causes liver injury, symptoms of acute hepatitis B, symptoms of chronic hepatitis B, diagnosis, role of liver biopsy, natural progression or course, medications, treatments, co-infections, and prevention. Source:MedicineNet
- Multiple Sclerosis - Learn the specifics of multiple sclerosis including the description, causes, course, symptoms, diagnosis, treatment, complications, and future of this disease involving the degeneration of the central nervous system. Source:MedicineNet

- Cholesterol Drugs Fight Hepatitis C
- New Drugs Make Inroads Against Kidney Cancer
- Melanoma: Immune System Dysfunction Pinpointed
- Targeted Drugs Slow Kidney Cancer
- Gleevec Continues to Beat Blood Cancer
- Hepatitis 'C' Cures Now Common
- Targeted Kidney Cancer Drugs Show Promise
- Targeted Kidney Cancer Drugs Show Promise
- Shorter Hepatitis C Treatment Works for Some
- New Drug May Expand Treatment for Hepatitic C

Back to **MedTerms** online medical dictionary A-Z List

Original article:
http://aolsvc.health.webmd.aol.com/content/Article/64/72344.htm

Newly Diagnosed with
**Hepatitis C**

## What's the Treatment?

If you test positive for hepatitis C, you need to see a doctor -- even if you feel fine. The first step is to find out whether you have liver disease.

Even if there's no disease, you should talk with your doctor about whether treatment is right for you.

The state-of-the-art treatment is combination therapy. One part of the treatment is a new form of interferon called pegylated interferon alpha -- this medicine is injected weekly. The second part of the treatment is the antiviral pill ribavirin.

Treatment is no walk in the park. It lasts for 24 to 48 weeks. Both interferon and ribavirin have serious side effects. About 50% of people with genotype 1 hepatitis C -- the most common form of hepatitis C -- respond to treatment. About 80% of people with genotypes 2 and 3 respond to treatment.

*But I was not given any treatment*

If you've had hepatitis C for many years and already have extensive liver damage, you may ne d a liver transplant. This means having your old liver removed and replaced with a liver from an organ . cnor. It's a serious operation, but one that is lifesaving for many people.

If you choose not to be treated right away -- or if treatment doesn't get rid of your hepatitis C - taking care of yourself becomes more important then ever before. It's very important to stop drinking l:cohol and taking recreational drugs. Alcohol and drugs can kill liver cells. It's also important to chec with your doctor before taking any kind of medicine or herbal remedy -- even if it's sold over the cc nter, and even if you've taken it before.

Fortunately, new treatments are on the way. It's likely that these new drugs will be used in con imation with existing agents to improve the chances of a cure.

Medically reviewed by Cynthia Haines, MD, July 2004.

SOURCES: CDC. National Institute of Diabetes & Digestive & Kidney Diseases.

© 2004 WebMD Inc. All rights reserved.

- **Day One**
- **What Is** :
- **How Do** Gnow I
  **Have It?**
- **What Is** :
  **Treatme** :
- **10 Quest** : to Ask
  **Your Do** ir
- **Visit the** **t atitis**
  **Health C** er
- **Get the V** b MD
  **Daily Ne** letter

I/M: Michael Gary Rose

SB# 097890   UNIT 7-2-38

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

United States District Court

For The District of Delaware

844 North King St Lockbox 18

Wilm Del 19801

3570