OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 30, 2007

TO:

**Michael Lee Rose**
SBI# 097880
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

          **RE:  Motion to Amend Received 10/29/07
                CA 06-370 JJF**

Dear Mr. Rose:

      Papers have been received by this office for filing in the
above matter which do <u>not</u> conform to the Federal Rules of Civil
Procedure, Rule 5; and District of Delaware Local 5.2.(a) & 5.3.

      Your papers will be docketed but no action will be taken by
the Court until the discrepancies are corrected.  In order for
your documents to be acceptable for filing, *you must sign each
document and serve a copy upon all other counsel of record*.
Service must be indicated on an Affidavit or Certificate of
Service, attached to the back of your request, motion or
pleading.

      A copy of the current attorney listing for this case (with
addresses) is attached for your convenience.


                          Sincerely,

/rc                       PETER T. DALLEO
                          CLERK

cc:  The Honorable Joseph J. Farnan, Jr.

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 30, 2007

TO:

**Michael Lee Rose**
SBI# 097880
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

>       RE:  Motion to Amend Received 10/29/07
>            CA 06-370 JJF

Dear Mr. Rose:

Papers have been received by this office for filing in the above matter which do <u>not</u> conform to the Federal Rules of Civil Procedure, Rule 5; and District of Delaware Local 5.2.(a) & 5.3.

Your papers will be docketed but no action will be taken by the Court until the discrepancies are corrected.  In order for your documents to be acceptable for filing, ***you must sign each document and serve a copy upon all other counsel of record***. Service must be indicated on an Affidavit or Certificate of Service, attached to the back of your request, motion or pleading.

A copy of the current attorney listing for this case (with addresses) is attached for your convenience.

Sincerely,

/rc

PETER T. DALLEO
CLERK

cc:  The Honorable Joseph J. Farnan, Jr.