IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Michael Lee Rose,                    )
                                     )
         Plaintiff,                  )
                                     )
v.                                   )   Civil Action No. 06-370-(JJF)
First Correctional Medical           )
Correctional Medical Services        )
Dr. Niaz                    , et al, )
                                     )
                                     )
         Defendant.                  )

**FILED NOV - 2 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

RD scanned

MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff __Michael Lee Rose__ pursuant to 28 U.S.C. § 1915, request this court to appoint counsel to represent petitioner in the above-entitled action for the following reasons:

In deciding whether to appoint counsel for an indigent litigant, the District Court of Delaware articulated standards for evaluating a Motion for Appointment of Counsel filed by a *pro se* plaintiff. See Green v. FCM, 430 F. Supp.2d 383, 387 n. 3 (D. Del. 2006) (citing Tabron v. Grace, 6 F.3d 147 (3rd Cir. 1993) and Parhan v. Johnson, 126 F.3d 454 (3rd Cir. 1997)). Initially, the Court must examine the merits of a plaintiff's claim to determine whether it has some arguable merit in fact and law. See Parhan, 126 F.3d at 457 (citing Tabron, 6 F.3d 157); accord Maclin v. Freake, 65 F.2d 885, 887 (7th Cir. 1981) (per curium) (cited with approval in Tabron and Parhan). Only if the Court is satisfied that the claim is factually and legally meritorious, should it then examine the following factors: (1) the plaintiff's ability to present his own case; (2) the complexity of the legal issues presented; (3) the extensiveness of the factual

investigation necessary to effectively litigate the case and the plaintiff's ability to pursue such an investigation; (4) the degree to which the case may turn on credibility determination; (5) whether the testimony of expert witness will be necessary; and (6) whether the plaintiff can attain and afford counsel on his own behalf.

In support of this motion, the plaintiff avers the following:

1. The plaintiff's does not have the ability to present his own case.

2. The plaintiff is unskilled in the law and the complexity of the legal issues presented in the complaint is beyond plaintiff's abilities to pursue an effective investigation.

3. The plaintiff avers that the case may turn on credibility determination.

4. The plaintiff avers that testimony of expert witnesses will be necessary.

5. The plaintiff can not attain and afford counsel on his own behalf.

6. Appointment of counsel would serve "the best interest of justice" in this case.

7. The plaintiff's allegations if proved, clearly would establish a constitutional violation because Defendants did act and know and Take Part. In Refusing to give me medical Help for my serious medical problems. That has led To serious Bodley harm. and mental, severe mental emontional distress. This ads up To Deliberate Indifference.

For the foregoing reasons, the plaintiff has provided the court with sufficient foundation for the court to appoint counsel in this case.

Dated: Oct/31/07                    *Michael Lee Rose*

Delaware correctional center
1181 Paddock Road
Smyrna, DE 19977

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

_____,           )
                                                               )
      Plaintiff,                            )
                                                               )
v.                                                             )   Civil Action No. _____
                                                               )
                                                               )
_____, et al,    )
                                                               )
                                                               )
      Defendant.                          )

ORDER

IT IS HEREBY ORDERED, THIS _____ DAY OF _____,
200\_\_, THAT THE ATTACHED MOTION FOR APPOINTMENT OF COUNSEL HAS BEEN
READ AND CONSIDERED. IT IS ORDERED THAT THE MOTION IS
HEREBY_____.

_____
United States District Court Judge

## Certificate of Service

I, _Michael Lee Rose_, hereby certify that I have served a true And correct cop(ies) of the attached: _____

_____ upon the following

parties/person (s):

TO: _United States District Court_     TO: _____
_844 N. King St. Lock Box 18_          _____
_Wilm, Del 19801_                       _____
_3570_                                  _____

TO: _____            TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _31_ day of _Oct_, 200_7_

_Michael Lee Rose_


FROM: Michael Lee Rose
SBI# 091880    UNIT 7-2-38
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA DELAWARE 19977



United States District Court
844 N. King St Lockbox 18
Wilm Del 19801
            85710