11/1/07
5:30 PM
06-370

To Peter Dalleo

Mr Dalleo I received your letter on, 11, 1, 07 3.pm. I Thank you for leting me know, what I had to do, to get my Amened Motion acceptable, How ever I have a problem, I only had one copy of my Motion, I was not able to get copys made in time, I have bee sick and had problems with the Law Library. I am requesting a copy of all The Documents and the motion to be sent to me. Upon Receiving them I will copy all I need and send copys to the current attorneys of the Deffendants, I hope some how this can be done. I would all like to have a Docket Sheet

Sincerely
Michael Lee Rose

ps a Cirtificate of service will be inclosed also.



FILED
NOV - 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Ro scanned

I/M Michael Lee Rose
SBI# 00880   UNIT 7-2-38
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

SOUTH JERSEY NJ 080
03 NOV 2007 PM 4 L

Peter Dalleo Clerk of Court
United States District Court
844 N King St LockBox 18
Wilm, Del 19801

35 70

19801+3570 C012