IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Michael Lee Rose, )
)
Plaintiff, )
)
v. )  Civil Action No. 1:06-CV-370 JTF
)
Rose v. Tolor et al, et al. )
)
)
Defendant. )

## MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff Michael Lee Rose pursuant to 28 U.S.C. § 1915, request this court to appoint counsel to represent petitioner in the above-entitled action for the following reasons:

In deciding whether to appoint counsel for an indigent litigant, the District Court of Delaware articulated standards for evaluating a Motion for Appointment of Counsel filed by a *pro se* plaintiff. See *Green v. FCM*, 430 F. Supp.2d 383, 387 n. 3 (D. Del. 2006) (citing *Tabron v. Grace*, 6 F.3d 147 (3rd Cir. 1993) and *Parhan v. Johnson*, 126 F.3d 454 (3rd Cir. 1997)). Initially, the Court must examine the merits of a plaintiff's claim to determine whether it has some arguable merit in fact and law. See *Parhan*, 126 F.3d at 457 (citing *Tabron*, 6 F.3d 157); accord *Maclin v. Freake*, 65 F.2d 885, 887 (7th Cir. 1981) (per curium) (cited with approval in *Tabron* and *Parhan*). Only if the Court is satisfied that the claim is factually and legally meritorious, should it then examine the following factors: (1) the plaintiff's ability to present his own case; (2) the complexity of the legal issues presented; (3) the extensiveness of the factual

investigation necessary to effectively litigate the case and the plaintiff's ability to pursue such an investigation; (4) the degree to which the case may turn on credibility determination; (5) whether the testimony of expert witness will be necessary; and (6) whether the plaintiff can attain and afford counsel on his own behalf.

In support of this motion, the plaintiff avers the following:

1. The plaintiff's does not have the ability to present his own case.

2. The plaintiff is unskilled in the law and the complexity of the legal issues presented in the complaint is beyond plaintiff's abilities to pursue an effective investigation.

3. The plaintiff avers that the case may turn on credibility determination.

4. The plaintiff avers that testimony of expert witnesses will be necessary.

5. The plaintiff can not attain and afford counsel on his own behalf.

6. Appointment of counsel would serve "the best interest of justice" in this case.

7. The plaintiff's allegations if proved, clearly would establish a constitutional violation because Plaintiff Received Severe personal Injury Serious Medical Needs were Consciously disregarded resulting in Severe Mental and emtional injuries Causing lasting and Permanent Injury, Both Physical and Mental. Please Disregard last motion

Michael Lee Rose

For the foregoing reasons, the plaintiff has provided the court with sufficient foundation for the court to appoint counsel in this case.

Dated: Nov. 17, 2007

Michael Lee Rose

Delaware correctional center
1181 Paddock Road
Smyrna, DE 19977

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

_____, )
)
)
Plaintiff, )
)
v. ) Civil Action No. _____
)
)
_____, et al, )
)
)
Defendant. )

ORDER

IT IS HEREBY ORDERED, THIS _____ DAY OF _____,
200\_\_, THAT THE ATTACHED MOTION FOR APPOINTMENT OF COUNSEL HAS BEEN
READ AND CONSIDERED. IT IS ORDERED THAT THE MOTION IS
HEREBY_____.

_____
United States District Court Judge

## Certificate of Service

I, Michael Lee Rose, hereby certify that I have served a true And correct cop(ies) of the attached: Motion for appointment of Counsel upon the following parties/person (s):

TO: THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE 844 N King St Lock Box 18 Wilm, Del. 19801-3570

TO: Kevin J. Connors Marshall, Dennehey, Warner, Coleman & Go 1220 N Market St Suite 500 P.O. Box 8888 Wilm, Del. 19899

TO: Daniel L. McKenty Heckler & Frabizzio 800 Delaware Ave. Suite 200, P.O. Box 128 Wilm. Del 19899-0128

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 7 day of Nov ,2007

Michael Lee Rose

I/M Michael Lee Rose
SBI# 097880   UNIT T-2-38
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District Court
844 N King St Lock Box 18
Wilm, De. 19801

35 70

U.S.M.S.
X-RAY

$ 00.41⁰
NOV 08 2007
MAILED FROM ZIPCODE 19977