To Peter T. Dalleo                06-370

Sir, I Did receive a copy of DI 45. However, I had requested a copy of my claim amendment. I believe it to be 10 pages long. But I have no money in my account at this time. I need a copy so I can send the Defendants a copy. I did File under FORMA PAUPERIS. I am asking the Court if I can get this money for the Copy added to my Filing fee. Because my Court Case will be held up if Not.

Any and all Consideration would be appreciated, Thank you.

Michael Lee Rose

also FRIST Correctional Medical did add a New Lawyer Mr. Heckler & Frabizzo and a new address with out a SUBSTITUTION of Counsel. Can They do this?

Thank you.
Michael Rose

Civil Action - No. 06-370-JJF Case



FILED
NOV 15 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RP scanned

I/M Michael Lee Rose
SBI# 0917880   UNIT T-Z-38
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
14 NOV 2007 PM 3 T

U.S.M.S.
X-RAY

Office of The Clerk
United States District Court
844 N. King St Lock Box 18
Wlm. DE 19801
35-70