OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 19, 2007

TO: Michael Lee Rose
SBI# 097880
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE:** *Response to Letter Received on 11/15/07; 06-370(JJF)*

Dear Mr. Rose:

A letter has been received by the Clerk's office from you requesting a copy of DI 43.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. **As a courtesy, DI 43 is enclosed free of charge. Should you require copies (including docket sheets) in the future**, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Also, the above referenced letter received by this office is requesting assistance regarding a substitution of counsel. Please be advised that this office is unable to render legal advice and therefore we are unable to assist you.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan, Jr.
enc: DI 43