## Certificate of Service

06-370

I, Michael Lee Rose, hereby certify that I have served a true And correct cop(ies) of the attached: Motion to Amend Case - CV-06-370 JJF  upon the following parties/person (s):

TO: United States District Court
for The District of Delaware
844 North King St, LockBox 18
Wilmington DE. 19801
                    3570

TO: Daniel L. McKenty
Heckler & Frabrizzio
800 Delaware Ave. Suite 200
P.O. Box 128
Wilm, DE. 19899-0128

TO: Kevin J. Connors
Marshall, Dennehey Warner Coleman - Go
1220 N. Market St Suite 500
P.O. Box 8888
Wilm, DE 19899

TO: _____

FILED
NOV 28 2007
U.S. DISTRICT
DISTRICT OF DELAWARE

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 26 day of Nov ,2007.

Michael Lee Rose

I/M. Michael Lee Rose
SBI# 097880    UNIT T-2-38
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

To The United States District Court
for the District of Delaware
844 North King St Lock Box 18
Wilm DE 19801-3570