2/15/08
3:30 PM

Madam-
Dorothy A. Blansfield

My Name is Michael Lee Rose I am requesting a Up Date on My Docket for Case #: 1:06-CV-00370-JJF. I Nee a up Date on My Deficiency Notice for amendment to complaint allso my Deficiency Notice for motion for appoint to Counsel

Thank you
Michael Lee Rose



FILED
FEB 19 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IM Michael Lee Rose
SBI# 091880    UNIT T-2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

SOUTH JERSEY PA 080
16 FEB 2008    PM 4 T

Office of The Clerk
United States District
District of Delaware
844 King St Lock Box 18
Wilm Del
19801