OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 21, 2008

**Michael Lee Rose**
SBI# 097880
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

   *RE: Letter dated 2/15/08 Requesting Clarification of Deficiency*
     *Notice*
     *CA 06-370 JJF*

Dear Mr. Rose:

  A letter requesting clarification regarding the deficiency notice the Court sent you on 11/2/07.

  In order for your documents to be acceptable for filing, **you must serve a copy upon all other counsel of record**. Service must be indicated on the bottom of your letter, or by an Affidavit, or Certificate of Service, attached to the back of your request, motion or pleading.

  A copy of the current attorney listing for this case (with addresses) is attached for your convenience.

  I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

              Sincerely,

/rwc             PETER T. DALLEO
                CLERK

cc: The Honorable Joseph J. Farnan, Jr.