IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MICHAEL ROSE,                           :
                                        :
                                        :
        Plaintiff,                      :
                                        :
    v.                                  :   Civil Action No. 06-370-JJF
                                        :
FIRST CORRECTIONAL MEDICAL, INC.,       :
                                        :
                                        :
        Defendant.                      :

### O R D E R

WHEREAS, Plaintiff Michael Rose is appearing in this matter pro se and the Court finds that Plaintiff is unable to afford counsel and, pursuant to 28 U.S.C.A. §1915(e)(1), "[t]he Court may request an attorney to represent any person unable to afford counsel;"

WHEREAS, on February 28, 2008, the Court ordered Defendant First Correctional Medical, Inc. to retain new counsel, and stated that a failure to comply with the Court's Order by May 21, 2008 would be considered a failure to defend (D.I. 59);

WHEREAS, Defendant has not complied with the Court's February 28, 2008 Order;

WHEREAS, during a Hearing to Show Cause held on May 21, 2008, a default judgment against Defendant was entered in open court in this action, and an additional hearing is necessary to determine Plaintiff's damages, if any;

WHEREAS, the Court having determined the procedural complexity of this case warrants the appointment of counsel for

Plaintiff;

NOW THEREFORE, IT IS HEREBY ORDERED this 23 day of May, 2008, that:

1. The Clerk of this Court shall present this Request for Representation to the Federal Civil Panel of the Court to determine if an attorney is available to represent Plaintiff;

2. The Standing Order of the Court regarding the establishment of the Federal Civil Panel and the provisions of said Order are incorporated herein by reference.

_____
UNITED STATES DISTRICT JUDGE