IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **MICHAEL LEE ROSE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-370-JJF |
| | ) | |
| **D.O.C. COMMISSIONER STAN TAYLOR,** | ) | |
| **First Correctional Medical, Correctional** | ) | |
| **Medical Services, Dr. Niaz** | ) | TRIAL BY JURY |
| | ) | OF TWELVE DEMANDED |
| Defendants. | ) | |

## SEALED DOCUMENTS

Contains CONFIDENTIAL INFORMATION
To Be Opened Only By Or As Directed By The Court
Michael Lee Rose v. D.O.C. Commissioner, Stan Taylor, First
Correctional Medical, Correctional Medical Services, Dr. Niaz
Civil Action No. 06-370-JJF

15/631121.v1