IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL LEE ROSE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-370-JJF ) |
| FIRST CORRECTIONAL MEDICAL, CORRECTIONAL MEDICAL SERVICES, DR. NIAZ, AND DANIEL L. MCKENTY, | ) ) ) ) ) |
| Defendants. | ) |

**ORDER RECOGNIZING REPRESENTATION**

The Court recognizes that Laina M. Herbert, Esquire, has agreed to represent the plaintiff Michael Lee Rose, as counsel of record in the above captioned case. Counsel's representation shall remain in effect until the final determination of this case unless, prior thereto, this order is amended or revoked by further order of the Court.

DATE: June 16, 2008

_____
United States District Judge