IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL LEE ROSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C. A. No. 06-370-JJF |
| v. | ) | |
| | ) | **TRIAL BY JURY** |
| FIRST CORRECTIONAL MEDICAL, CORRECTIONAL MEDICAL SERVICES, INC., and DR. NIAZ, | ) | **OF TWELVE DEMANDED** |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**FIRST STIPULATION FOR EXTENSION OF TIME**

Plaintiff Michael Lee Rose and Defendants Correctional Medical Services, Inc. and Dr. Niaz, by and through their counsel, hereby stipulate to an extension of time for Plaintiff to respond to the Motion of Defendants, Correctional Medical Services, Inc. and Dr. Niaz, to Dismiss Plaintiff's Amended Complaint, Incorrectly Designated as "Motion to Amend" until July 15, 2008.

PRICKETT, JONES & ELLIOTT, P.A.

By: /s/ Laina M. Herbert
Laina M. Herbert (DE Bar #4717)
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328
(302) 888-6526
*Counsel for Plaintiff Michael Lee Rose*

MARSHALL, DENNEHEY, WARNER COLEMAN AND GOGGIN

By: /s/ Eric Scott Thompson
Kevin J. Connors (DE Bar #2135)
Eric Scott Thompson (DE Bar #4633)
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899-8888
(302) 552-4370
*Attorneys for Defendants, Correctional Medical Services, Inc. and Dr. Niaz*

DATED: June 27, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHAEL LEE ROSE,<br><br>Plaintiff,<br><br>v.<br><br>FIRST CORRECTIONAL MEDICAL, CORRECTIONAL MEDICAL SERVICES, INC., and DR. NIAZ,<br><br>Defendants. | ) | C. A. No. 06-370-JJF<br><br>**TRIAL BY JURY OF TWELVE DEMANDED** |

## ORDER

Based upon the stipulation of counsel, the time for Plaintiff Michael Lee Rose to respond to the Motion of Defendants, Correctional Medical Services, Inc. and Dr. Niaz, to Dismiss Plaintiff's Amended Complaint, Incorrectly Designated as "Motion to Amend" is hereby extended to July 15, 2008.

______________________________
DISTRICT JUDGE

DATED: ________________