IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL LEE ROSE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C. A. No. 06-370-JJF |
| v. ) | |
| ) | **TRIAL BY JURY** |
| FIRST CORRECTIONAL MEDICAL, ) | **OF TWELVE DEMANDED** |
| CORRECTIONAL MEDICAL SERVICES, ) | |
| INC., and DR. NIAZ, ) | |
| ) | |
| Defendants. ) | |

## SECOND STIPULATION FOR EXTENSION OF TIME

Plaintiff Michael Lee Rose and Defendants Correctional Medical Services, Inc. and Dr. Niaz, by and through their counsel, hereby stipulate to an extension of time for Plaintiff to respond to the Motion of Defendants, Correctional Medical Services, Inc. and Dr. Niaz, to Dismiss Plaintiff's Amended Complaint, Incorrectly Designated as "Motion to Amend" until September 2, 2008.

| | |
|---|---|
| PRICKETT, JONES & ELLIOTT, P.A. | MARSHALL, DENNEHEY, WARNER COLEMAN AND GOGGIN |
| By: /s/ Laina M. Herbert | By: /s/ Eric Scott Thompson |
| Laina M. Herbert (DE Bar #4717) | Kevin J. Connors (DE Bar #2135) |
| 1310 King Street | Eric Scott Thompson (DE Bar #4633) |
| P.O. Box 1328 | 1220 N. Market Street, 5th Floor |
| Wilmington, DE 19899-1328 | P.O. Box 8888 |
| (302) 888-6526 | Wilmington, DE 19899-8888 |
| *Counsel for Plaintiff Michael Lee Rose* | (302) 552-4370 |
| | *Attorneys for Defendants, Correctional Medical Services, Inc. and Dr. Niaz* |

DATED: July 10, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL LEE ROSE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIRST CORRECTIONAL MEDICAL, )<br>CORRECTIONAL MEDICAL SERVICES, )<br>INC., and DR. NIAZ, )<br>)<br>Defendants. ) | C. A. No. 06-370-JJF<br><br>**TRIAL BY JURY**<br>**OF TWELVE DEMANDED** |

## ORDER

Based upon the stipulation of counsel, the time for Plaintiff Michael Lee Rose to respond to the Motion of Defendants, Correctional Medical Services, Inc. and Dr. Niaz, to Dismiss Plaintiff's Amended Complaint, Incorrectly Designated as "Motion to Amend" is hereby extended to September 2, 2008.

_____
DISTRICT JUDGE

DATED: _____

20519.1\373846v1