IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL LEE ROSE, | ) |
|            Plaintiff, | ) C. A. No. 06-370-JJF )  ) |
| v. | ) **TRIAL BY JURY** ) **OF TWELVE DEMANDED** ) |
| FIRST CORRECTIONAL MEDICAL, CORRECTIONAL MEDICAL SERVICES, INC., and DR. NIAZ, | ) ) ) ) |
|            Defendants. | ) ) |

## ORDER

Based upon the stipulation of counsel, the time for Plaintiff Michael Lee Rose to respond to the Motion of Defendants, Correctional Medical Services, Inc. and Dr. Niaz, to Dismiss Plaintiff's Amended Complaint, Incorrectly Designated as "Motion to Amend" is hereby extended to September 2, 2008.

                                                              /s/ Joseph J. Farnan
                                                              DISTRICT JUDGE

DATED: July 11, 2008

20519.1\373846v1