IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MICHAEL LEE ROSE,                    :
                                     :
        Plaintiff,                   :
                                     :
    v.                               : Civil Action No. 06-370-JJF
                                     :
FIRST CORRECTIONAL MEDICAL,          :
et al.,                              :
                                     :
        Defendants.                  :
                                     :

## ORDER

WHEREAS, on August 11, 2008, Plaintiff filed a Motion To Permit Limited Discovery Without A Rule 26(f) Conference And For Extension Of Time To Respond To Defendants Correctional Medical Services, Inc. And Dr. Niaz's Motion To Dismiss (D.I. 69);

WHEREAS, Defendants did not file an Answering Brief in opposition to the motion;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Plaintiff's Motion To Permit Limited Discovery Without A Rule 26(f) Conference And For Extension Of Time To Respond To Defendants Correctional Medical Services, Inc. And Dr. Niaz's Motion To Dismiss (D.I. 69) is **GRANTED**. Discovery related to Defendants, Correctional Medical Service, Inc. and Dr. Niaz's Motion to Dismiss (D.I. 61) shall be completed no later than **November 10, 2008.**

2)   The Court's consideration of Defendants, Correctional Medical Service, Inc. and Dr. Niaz's Motion to Dismiss (D.I. 61) is STAYED until completion of related discovery.

IT IS FURTHER ORDERED that counsel shall confer and submit a suggested discovery cut-off date no later than **September 26, 2008**.

 September 8, 2008  
      DATE

_____  
UNITED STATES DISTRICT JUDGE